

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-26-00075-CV

**IN RE BRINKS, INC.** and Lyle R. Gutterman

Original Mandamus Proceeding[1]

PER CURIAM

Sitting:      Irene Rios, Justice
                 Lori Massey Brissette, Justice
                 Adrian A. Spears II, Justice

Delivered and Filed: February 4, 2026

PETITION FOR WRIT OF MANDAMUS DENIED; EMERGENCY MOTION FOR TEMPORARY RELIEF DENIED AS MOOT

On January 28, 2026, relators filed a petition for writ of mandamus. Relators also filed an emergency motion for temporary relief, requesting a stay of the underlying proceedings pending final resolution of the petition for writ of mandamus. Mandamus is an extraordinary remedy, available only when the relator can show (1) the trial court clearly abused its discretion or violated a duty imposed by law; and (2) there is no adequate remedy by way of appeal. *Walker v. Packer*, 827 S.W.2d 833, 839-40 (Tex. 1992) (orig. proceeding). After considering the petition and the record, this court concludes relators did not show they are entitled to the relief sought. Accordingly,

---

[1] This proceeding arises out of Cause No. 2023-CI-17635, styled *Gustavo Ramos Abino v. Lyle R. Gutermann, Brink's Inc., and the Brinks Company*, pending in the 57th Judicial District Court, Bexar County, Texas, the Honorable Antonia Arteaga presiding.

the petition for writ of mandamus is **DENIED**. *See* TEX. R. APP. P. 52.8(a). Relators' motion for temporary relief is **DENIED AS MOOT**.


PER CURIAM